UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** April 13, 2017    **Time:** 2:03pm-2:10pm    **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 17-cr-00117-YGR-1 *[related to 12-cr-0201-YGR]*    **Case Name:** UNITED STATES v. Reine Fleur Silverlight[present; in custody]

**Attorney for Plaintiff:** AUSA Michelle Bazu
**Attorney for Defendant:** Ned Smock

**Deputy Clerk:** Frances Stone    **Court Reporter:** Raynee Mercado
**Interpreter:** not needed    **Probation Officer:** not needed

## PROCEEDINGS

STATUS-HELD

**CASE CONTINUED TO:** May 11, 2017 at 2:00pm for Status

**EXCLUDABLE DELAY:**
Category
Begins :4/13/17
Ends  : 5/11/17